IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Lawrence E. Hicks-El | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-01079-E |
| | § | |
| Walnut Hill TX Partners LLC, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, file and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of this Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for insufficient service of process.

SO ORDERED this 30th day of March, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE